**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **SCOTT K.,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | **Civil Action No.  3:21-cv-129** |
|     **v.** | ) | |
| | ) | |
| **Kilolo Kijakazi,** | ) | **Magistrate Judge Silvain** |
| COMMISSIONER OF SOCIAL | ) | **(by full consent of the parties)** |
| SECURITY, | ) | |
| | ) | |
|     **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

This cause coming before the Court on the joint motion of the parties, due notice having

been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1.  The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to
    Justice Act (Doc. #20) is accepted and the Commissioner shall pay Plaintiff's attorney
    fees in the amount of $7,060 and costs in the amount of $0.00, for a total of $7,060;

2.  Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the
    United States subject to offset, consistent with <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 560 U.S.
    586 (2010).   If no such pre-existing debt exists, Defendant shall pay the EAJA award
    directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and
    counsel, in either event, the payment shall be sent to Olinsky Law Group; and

3.  The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

Date: <u>January 13, 2023</u>

*s/Peter B. Silvain, Jr.*

Peter B. Silvain, Jr.

United States Magistrate Judge
